UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES PLUNKETT, | No. 2:19-cv-1450 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| C. PARHAM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner at Mule Creek State Prison proceeding pro se with this civil rights action filed pursuant to 28 U.S.C. § 1983. Review of the complaint demonstrates that plaintiff failed to sign and date the last two pages. Copies of these pages will be returned to plaintiff for his signature; plaintiff shall provide the current date of his signature.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff, together with a copy of this order, copies of pages 9 and 10 of the complaint (ECF No. 1 at 9-10, as reflected by the court's electronic pagination); and

2. Plaintiff shall return the signed and dated copies of these pages to the court within twenty-one (21) days after service of this order.

DATED: November 1, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE