UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT,<br><br>              Plaintiff,<br><br>     v.<br><br>C. PARHAM, et al.,<br><br>              Defendants. | No.  2:19-cv-1450 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting that defendants be ordered to file a response to the complaint and that a discovery and scheduling order issue. ECF No. 26. By order filed November 15, 2021, defendants were ordered to file a response to the complaint within twenty-one days, ECF No. 25, and their deadline for doing so has not yet passed. A discovery and scheduling order will not issue until defendants have filed an answer to the complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order directing defendants to respond to the compliant and for a discovery and scheduling order, ECF No. 26, is DENIED.

DATED: November 24, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE