UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PARHAM, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1450 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a motion requesting leave to call two inmate witnesses. ECF No. 39. The purpose of the motion is unclear, as this case is not currently scheduled for trial. No hearings are scheduled regarding any issues in this case. Assuming that plaintiff is seeking leave to call these witnesses at trial, the request is premature because it has not yet been determined that this case will proceed to trial.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for his witnesses to testify (ECF No. 39) is DENIED.

DATED: June 8, 2022

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE