IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAEMNTO DIVISION

| | |
|---|---|
| CHARLES PLUNKETT,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>C. PARHAM, et al.,<br><br>　　　　　　　　Defendants. | 2:19-cv-1450 KJM AC P<br><br>[PROPOSED] ORDER GRANTING MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>Judge: The Honorable Allison Claire<br>Action Filed:　July 30, 2019 |

　　　Defendants C. Parham, R. Andrade, and S. Davis (Defendants) moved for an order modifying the discovery and scheduling order (EFC No. 31). Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the application.

　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　1.　Defendants' requested extension of time (ECF No. 42) is GRANTED;

　　　2.　Defendants may file a dispositive motion no later than August 16, 2022.

DATED: June 17, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1