IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>C. PARHAM, et al.,<br><br>　　　　　　　　Defendants. | 2:19-cv-1450 KJM AC P<br><br>[PROPOSED] ORDER GRANTING MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>Judge:　　The Honorable Allison Claire<br><br>Action Filed: July 30, 2019 |

　　Defendants M. Defendants C. Parham, R. Andrade, and S. Davis (Defendants) moved for an order modifying the discovery and scheduling order (EFC No. 43.) Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the application.

　　Accordingly, IT IS HEREBY ORDERED THAT:

　　1.　　Defendants' requested extension of time (ECF No. 44) is GRANTED;

　　2.　　Defendants may file a dispositive motion no later than October 17, 2022.

DATED: August 16, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1