UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PARHAM, et al.,<br><br>        Defendants. | No. 2:19-cv-1450 KJM AC P<br><br><br>ORDER |

    Plaintiff has filed a motion for a sixty-to-ninety-day extension of time to file a response to defendants' motion for summary judgment, on the grounds that her imprisonment will significantly limit her ability to respond and she has limited knowledge of the law. Good cause appearing, the motion will be granted, and plaintiff shall have an additional sixty days to file a response. Should plaintiff seek a further extension, she must explain why she needs the additional time and why she has not been able to meet the current deadline.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 49) is granted; and

    2. Plaintiff shall file a response to defendants' motion for summary judgment within sixty days of the service of this order.

DATED: November 14, 2022

                                                ALLISON CLAIRE<br>                                               UNITED STATES MAGISTRATE JUDGE