UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT, | No. 2:19-cv-1450 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| C. PARHAM, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2022, defendants filed a motion for summary judgment. ECF No. 46. However, upon further review it does not appear that they contemporaneously served plaintiff with a Rand Notice, as required by this court. See ECF No. 31 at 6, ¶ 11 (warning that failure to contemporaneously serve plaintiff with a Rand Notice may constitute grounds for dismissal (citing Woods v. Carey, 684 F.3d 934, 935 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998))).

      The Ninth Circuit has stressed the importance of pro se prisoners receiving a Rand Notice at the same time as the motion for summary judgment, and failure to provide contemporaneous notice is grounds for reversal. Woods, 684 F.3d at 939-41. Given the lapse in time since the summary judgment motion was filed, it will be denied without prejudice to a properly filed motion that is accompanied by a Rand Notice. Should defendants choose to re-file their motion

for summary judgment, they should ensure that they attach the properly signed versions of their declarations.  See ECF No. 47.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment (ECF No. 46) is DENIED without prejudice as procedurally defective;

2. Within seven days of the filing of this order, defendants may re-serve and re-file their motion for summary judgment.  The motion must be accompanied by a Rand Notice and the Notice must be in a document separate from the motion.

DATED: June 13, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE