UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PLUNKETT, | No. 2:19-cv-1450 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| C. PARHAM, et al., | |
| Defendants. | |

    On October 19, 2022, defendants filed a motion for summary judgment that was procedurally defective because it was not accompanied by the required Rand Notice. ECF No. 46. Without having received the notice, which outlines the requirements for opposing a motion for summary judgment, plaintiff filed an opposition that fails to comply with Federal Rule 56(c)(1)(A) and Local Rule 260(b).[1] ECF No. 52. Defendants' motion was denied without prejudice after the procedural defect was discovered and they were given an opportunity to re-serve and re-file their motion. ECF No. 56. Defendants refiled their motion for summary

////

---

[1] Federal Rule of Civil Procedure 56(c)(1)(A) requires that "[a] party asserting that a fact . . . is genuinely disputed must support the assertion by . . . citing to particular parts of materials in the record." Local Rule 260(b) provides that plaintiff must file a separate document in response to defendants' statement of undisputed facts that identifies which facts are admitted and which are disputed.

1

judgement, this time accompanied by the required Rand Notice, on June 19, 2023.[2]  ECF No. 57. However, plaintiff has not filed an opposition to the re-filed motion.  Plaintiff will be given another opportunity to file an opposition to defendants' re-filed motion for summary judgment.  In the event she does not file an opposition, the court will rely on plaintiff's opposition to the originally filed motion despite its procedural defects unless plaintiff notifies the court that she no longer wishes to oppose the motion.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff may file and serve an opposition to the motion for summary judgment or a statement of non-opposition.

DATED: July 28, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] Despite the court's explicit reminder to defendants that in the event they chose to re-file their motion for summary judgment "they should ensure that they attach the properly signed version of their declarations" (ECF No. 56 (citing ECF No. 47)), they have once again submitted declarations for Parham and Andrade that are not properly signed in compliance with Local Rule 131(f) (ECF No. 57-2 at 4; ECF No. 57-3 at 4).  Since properly signed copies have been filed on the record (ECF No. 48), the court will not require defendants to re-file them.  However, continued failure to comply with this court's orders and the applicable rules may result in sanctions.

2