UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES PLUNKETT,

         Plaintiff,

   v.

C. PARHAM, et al.,

         Defendants.

No.  2:19-cv-1450 KJM AC P

ORDER

     Plaintiff filed a motion for a thirty-day extension of time to file objections to the July 17, 2024 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Plaintiff's motion for an extension of time (ECF No. 63) is GRANTED; and

     2.  Plaintiff is granted thirty days from the date of this order in which to file objections.

DATED: August 14, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE